

Jon

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 4, 2021

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Pacheco v. Comm'r of Soc. Sec.*, No. 20 Civ. 5975 (RA)

Dear Judge Abrams:

This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny his application for Social Security disability benefits.

I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from January 4, 2021, to March 5, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

The plaintiff consents to this request, and this is the first request for an extension of time in in this case. I thank the Court for its consideration of this request.

|  |  |
|---|---|
| Application granted. | Respectfully, |
|  | AUDREY STRAUSS |
| SO ORDERED. | Acting United States Attorney |
|  | /s/ Amanda F. Parsels |
|  | BY:   AMANDA F. PARSELS |
|  | Assistant United States Attorney |
|  | Tel.: (212) 637-2780 |
| Hon. Ronnie Abrams | Cell: (646) 596-1952 |
| 1/5/2021 | Email: amanda.parsels@usdoj.gov |