

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

March 8, 2021

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Pacheco v. Comm'r of Soc. Sec.*, No. 20 Civ. 5975 (RA)

Dear Judge Abrams:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny her application for Social Security disability benefits.

      I respectfully write to request, with the plaintiff's consent, a 60-day extension of time, *nunc pro tunc*, for the Commissioner to file the certified administrative record in this case, from March 5, 2021, to May 4, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. As described in the attached Declaration of Jebby Rasputnis, dated December 4, 2020, these changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      The plaintiff consents to this request for an extension.  This is the Commissioner's second request for an extension of the time to file the certified administrative record. The Court previously granted the Commissioner's request for a 60-day extension of time to file the certified administrative record. (Dkt. No. 11.)

I thank the Court for its consideration of this request.

>Respectfully,
>
>AUDREY STRAUSS
>United States Attorney
>
>BY:    /s/ Amanda F. Parsels
>      AMANDA F. PARSELS
>      Assistant United States Attorney
>      Tel.: (212) 637-2780
>      Email: amanda.parsels@usdoj.gov

cc:    Daniel Berger, Esq.
      *Attorney for Plaintiff*

Application granted.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
03/09/2021