# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PAUL PACHECO,

                Plaintiff,                    20 **CIVIL** 5975 (JLC)

       -v-                    **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 9, 2022, Pacheco's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 10, 2022

                                           **RUBY J. KRAJICK**

                                           **Clerk of Court**
               **BY:**     *K. Mango*
                                           **Deputy Clerk**